## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH T-MOBILE CELLULAR TELEPHONE NUMBERS (603) 400-4525 | Case No. 21-mj-40-01/02-AJ<br><br>**Filed Under Seal** |

## MOTION TO SEAL

The United States of America respectfully requests that this entire matter be sealed at

Level II, including the Application for a Search Warrant, Affidavit in Support, Search Warrant,

this motion, any ruling on this motion, and all related paperwork and corresponding docket

entries in the above-captioned case, for **180 days** until **August 28, 2021** .

In support, the government submits that the criminal investigation in support of which

this search warrant is sought is ongoing. Premature disclosure of certain details of this

investigation could obstruct or seriously jeopardize the investigation. For example, if the targets

of this narcotics investigation became aware of this warrant, this could cause them to flee,

destroy evidence, or otherwise obstruct the investigation.

Respectfully submitted,

SCOTT W. MURRAY
United States Attorney

/s/ Jennifer Cole Davis
Jennifer Cole Davis
Assistant U.S. Attorney

Motion: ✔ Granted ____ Denied

Dated: March 1, 2021

_____
Andrea K. Johnstone
United States Magistrate Judge